So we've already seen this one before. We've seen it in 1999, and, of course, as well as a lot of others, can you contain, basically, or be as strong or as complex, loss-increase functions. And the goal was to produce high-end working conditions. So this technology that's been around for a long time, there have been a number of former masters in the United States, and they've been some high-end working conditions, and it's paying a lot of money to the industry. It's receiving a good price, but there's a mistake in these loss-generating structures. And so by 1999, one of their partners, one of J&J's partners, Carl Thiessen, who was the son of Western Vision, he also was involved in the strategic planning and implementation of these tax-generating loss structures. James Rennick is in the year of programs at J&J. He's involved in some very important programs at J&J. He worked at ALG, and they've been saying, this will allow me to inaugurate this work with SAMHSA requirements. And this was a program that also involved where one of the two times that we were a part of was on those administrative barriers that as well automated or sort of barriers that can be functionally implemented. But the next year, it didn't even happen. But what the IRS did in the early 2000s, USAID issued a new warning that based on SAMHSA, it would be limited to the use of Jersey. But the IRS said, we're sending these kids to work, and it's not going to carry spares from you. To take spares from you, it's all going to be SAMHSA. It's going to be charging parks. And the IRS said, no, it's not going to work. And in 2007, what the IRS also did was in 2013, they did a criminal investigation regarding the initial vendors, regarding the designers, again, the largest and most private industry in the United States. And they said, here's the thing. We're going to do something against them, so we're going to get right into the process. We're going to get early into the process. We're going to get through it. But the IRS is seeking SAMHSA use extensions. And the recent ADA extension extension, there was a bomb on the United States in the 1980s and this was deemed democratic. This is why the IRS, while it keeps its statute of limits, which at the time they said no, it deemed that people who were involved were in fact were purebreds and out-of-pounds themselves. But it was an out-of-pounds group. They had a civil and complicity-replaced action. And the IRS seems to be taking steps to get away from that. And supposedly, apparently, the IRS would need, and I would like to go on a line of need, to secure instances of SAMHSA orientation periods for SAMHSA citizens. And the ADA extension extension, it's something that the administration hasn't said. So, why didn't they do it? It's something that they're trying to fix, but it's not something that they want to do. And the reason that they're going to do it is because they want to do it for their citizens. It's a method of client-side. It's one of the avenues of safety. The counsel of KPMG, the counsel of all these institutions, I've spoken about in other states, it's always on the civil-service committee who are building these open-source orders. And, to be able to say, well, they're going to consider that, it is a choice of the people. We're going to have to protect the civil-service workers, but the civil-service workers, and in order to charge that, we're going to go to some place where we've never gone before. In cases like this, the point where the the reconciled, disabled client is applying for state extension waiver and is signed by an institution and is not in our state. In other cases, in other courts, in KPMG, we got to a small case, and we get to the wider substance. Kitty v. Fine Arts. The court says, we're going to apply to the federal state or the state to allow the mentality case. And we didn't do that, so I'm just showing you what I mean. Because, Your Honor, what the court did on this case was that, we needed the state employers to use exalted KPMG, and it was time that KPMG, the Council of KPMG, was calling in the rural KPMG employers from our clients to meet with those clients. Those were the type of employers that being considered which there's the KPMG, made them exposed for not registering these teachers. And it's been the most And, I think, it's a naive, easy, genius, flawed representation of the state employers that actually existed at the time. KPMG's exposal was not registered through the teachers. KPMG's exposal was the only sign of any patient clients being told that hundreds of new nine-year-olds that are taxpayers who are suspended at cost of covering over a billion dollars due to all of this losses at one time. But for KPMG's standpoint, it was not at all. It was created by these taxpayers who took over it. It was the one less dollar that was spent in the KPMG to cover it. It was in an equivalent of 66 billion losses based on what the IRS didn't get. So, if the IRS is paying 594 of the individuals who are suspended based on the concepts that the IRS sets for them, then KPMG's least important job as a production office is to get rid of every other criminal rescue team there is to be an absolutely active motivation to convince their clients to sign these lawyers and to need their spouses in terms of reaching advanced care most at the line of KPMG for monetary charge and to be able to get them to sign a 21 as opposed to a KPMG partner who is not going  briefly concerned about this issue or it's a great excuse for their negligence in purchasing services. From the bottom   I know   is not going to be the only solution to this problem. We are exposed to millions and millions and hundreds of millions of dollars and we are exposed to stage periods and times of adverse consequences of such measures in terms of the challenges and consequences of such measures. The only way                      to answer this record is to think that the IRS is changed pretty changed predictions and they have to apply this strategy and they have to reverse the consequences of  this strategy and  have to reverse the   strategy. And I think that is the only way to answer this record. Thank you. Thank you. Have  questions? .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  .. . ." maybe . . . . . . .  . . . . . . . . . . . . . . . . . . . . . .  . . . . . ... .. ... .. ... .. . .. . . . . ... .. ...   . ... . . .. . .. ... .. .. .. ... ... ... . .. ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ...
judges: Thomas, Wardlaw, Bencivengo